UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
DENNIS BENN,

                    Plaintiff,            MEMORANDUM & ORDER
                                          10-CV-1963(JS)(AKT)
         -against-

NASSAU COUNTY, ET AL.,

                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Dennis Benn, pro se
                    72270-053
                    MDC - Brooklyn
                    PO Box 329002
                    Brooklyn, NY 11232

For Nassau County:  Donna A. Napolitano, Esq.
                    Liora M. Ben-Sorek, Esq.
                    Office of the Nassau County Attorney
                    One West Street
                    Mineola, NY 11501

For Mr. Williams
and G.E.O Group:    John Joseph McCarthy , III, Esq.
                    McCarthy Law Firm, PLLC
                    1120 Avenue of the Americas, Suite 4006
                    New York, NY 10036

For the remaining   No appearances
Defendants:

SEYBERT, District Judge:

        In its July 22, 2010 Order (the "July 22 Order"), the

Court directed Defendant Nassau County (the "County") "to

ascertain the full names of the unidentified officers whom

Plaintiff describes as 'making rounds in housing area B2B on

3/17/09.'"  July 22, 2010 Memorandum & Order at 2 n. 1.  The

County has consulted its records and believes the unidentified officers could be Corporal (now Sergeant) Ronald Hartung, shield number 90; Correction Officer Stephen Brown, shield number 530; Correction Officer Thomas Reilly, shield number 2812; Correction Officer Daniel Schieferstein, shield number 2835; or Correction Officer Richard Warner, shield number 2166.  Docket Entry 29.

Pursuant to the July 22 Order, Plaintiff's Complaint is deemed amended to include these officers as Defendants in this action.  See July 22 Order at 2 n. 1.  The Clerk of the Court is directed to forward to the United States Marshal copies of Plaintiff's Summons, the Complaint, the July 22 Order and this Order for service on these Defendants without prepayment of fees.  The Clerk of the Court is further directed to mail Plaintiff a copy of this Order.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:    February __9__, 2011
          Central Islip, New York

2